# Court of Appeals
# of the State of Georgia

ATLANTA, September 04, 2014

*The Court of Appeals hereby passes the following order:*

## A15A0012. KAP SUK SIMS v. CITIMORTGAGE, INC.

CitiMortgage, Inc. obtained a writ of possession against Kap Suk Sims in magistrate court. Sims appealed to the superior court, which issued a final order disposing of the case on February 10, 2014 and a writ of possession on February 20, 2014. On February 21, 2014, Sims filed a motion for new trial, and the trial court denied this motion on March 11, 2014. Sims then filed this direct appeal. We lack jurisdiction.

Because the case reached the superior court by virtue of a de novo appeal from magistrate court, Sims was required to follow the discretionary appeal procedures to seek appellate review in this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/04/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*